**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1731

RICKY N. SIMS,

Plaintiff - Appellant,

v.

OXYGEN FORENSICS, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:24-cv-00199-MHL)

Submitted:  November 19, 2024                    Decided:  November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky N. Sims, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky N. Sims appeals the district court's order dismissing without prejudice his amended employment discrimination complaint under Fed. R. Civ. P. 8(a)(2) and 28 U.S.C. § 1915(e)(2)(B)(ii).[*]    We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Sims v. Oxygen Forensics, Inc.*, No. 3:24-cv-00199-MHL (E.D. Va. Aug. 2, 2024).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] As the district court did not provide further leave to amend, the order is final. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2